**{p}**                                                      **Programmers.io**

United States Courts<br>
Southern District of Texas<br>
F I L E D<br><br>
FEB 09 2024<br><br>
Nathan Ochsner, Clerk of Court

January 5, 2024

To Judge Lopez

Re: Objection to Proposed Abandonment – LTD Financial Services, Inc.
CASE No.: 23-34413
Chapter: 7

Your Honor,

I extend my sincere apologies for the delay in sending this correspondence. Our receipt of the Notice of Proposed Abandonment was only yesterday, likely attributed to delays during the holiday season.

I would like to bring to your attention that LTD Financial Services has an outstanding debt of $7,280 to Programmers.io for services rendered and for that reason we would like to file an objection to the Proposed Abandonment. I kindly request guidance on the appropriate steps to be taken to facilitate the recovery of this amount.

Respectfully,

Anshul Choudhry

President
Programmers.io
260-418-5673
ac@programmers.IO



8951 Cypress Waters Blvd Ste 160, Dallas TX 75019

www.programmers.io    info@programmers.io   Tel 1-800-600-5822